United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 17, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-41472
Summary Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellant,

versus

MIKHAEL CHARLES DORISE,

                              Defendant-Appellee.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:02-CR-10-ALL
---------------------

Before JONES, Chief Judge, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Mikhael Charles Dorise was charged with bank robbery, use of

a firearm during and in relation to a crime of violence, and

being a felon in possession of a firearm.  Dorise waived his

right to counsel and proceeded to trial pro se.  A jury convicted

Dorise on all three counts.  Dorise was sentenced to 411 months

of imprisonment, five years of supervised release, $199 in

restitution, and a $300 special assessment.  Represented by

appointed counsel, Dorise now appeals.

----

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Dorise's sole issue on appeal is whether he was competent to waive his right to counsel. At the hearing on Dorise's motion for self-representation, Dorise responded appropriately and coherently to all of the magistrate judge's questions. The record reflects that Dorise had a good understanding of the proceedings against him. The magistrate judge did not err in finding that Dorise knowingly and willingly waived his right to counsel. See Dusky v. United States, 362 U.S. 402, 402 (1960); Dunn v. Johnson, 162 F.3d 302, 307-08 (5th Cir. 1998).

AFFIRMED.